# ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FILED**

**DEC 1 5 2015**

CLERK, U.S. DISTRICT COURT
By_____

| UNITED STATES OF AMERICA | NO. |
|---|---|
| v. | |
| TRACY TRONARD WHITE (1) | **3-15CR-0569K** |

<u>INDICTMENT</u>

The Grand Jury Charges:

<u>Count One</u>
Felon in Possession of a Firearm
(Violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about September 1, 2015, in the Dallas Division of the Northern District of

Texas, the defendant, **Tracy Tronard White**, having been convicted of a crime

punishable by imprisonment for a term exceeding one year, did knowingly and

unlawfully possess in and affecting interstate and foreign commerce a firearm, to wit: a

Ruger, Model LC9, 9 millimeter pistol, bearing serial number 324-72784.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

<u>Count Two</u>
Felon in Possession of a Firearm
(Violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about June 7, 2015, in the Fort Worth Division of the Northern District of

Texas, the defendant, **Tracy Tronard White**, having been convicted of a crime

punishable by imprisonment for a term exceeding one year, did knowingly and

unlawfully possess in and affecting interstate and foreign commerce a firearm, to wit: a

Taurus, Model 709 Slim, 9 millimeter pistol, bearing serial number TIM31956.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

Forfeiture Notice
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction for the offenses alleged in Counts One and Two of this

Indictment, and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the defendant,

**Tracy Tronard White**, shall forfeit to the United States of America any firearm and

ammunition involved in the commission of the respective offense, including but not

limited to the following:

(1) a Ruger, Model LC9, 9 millimeter pistol, bearing serial number 324-72784;

(2) a Taurus, Model 709 Slim, 9 millimeter pistol, bearing serial number

TIM31956; and

(3) any ammunition recovered with the weapons.

A TRUE BILL

_____
FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

_____
JOHN J. BOYLE
Assistant United States Attorney
Texas Bar No. 00790002
1100 Commerce Street, Third Floor
Dallas, Texas  75242-1699
Tel:  214-659-8617
Fax: 214-659-8809

Indictment - Page 4

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

TRACY TRONARD WHITE

INDICTMENT

18 USC §§ 922(g)(1) and 924(a)(2)
Forgery and False Use of Passport

2 Counts

A true bill rendered

---

DALLAS                                                        FOREPERSON

Filed in open court this 15th day of December, 2015.

---

                                                                    Clerk

**Warrant to be Issued**

---

UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending